# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>BOBBY MILES, a/k/a "Lucky," )<br>a/k/a "Lucky Mac" )<br>) | Criminal No. 3:13-00155<br>Judge Trauger |

## **O R D E R**

It is hereby **ORDERED** that the sentencing hearing is reset for Tuesday, March 4, 2014, at 2:30 p.m.

It is so **ORDERED**.

ENTER this 3rd day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge